**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                              **CASE NO. 4:24-CV-00674-BSM**

**IAN CAWICH**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE